ɤ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS,      )      Index No.: 13-CIV-6509 (NSR)
                                            )
                              Plaintiffs,    )      ORDER TO SHOW CAUSE
        -against-                           )      FOR DEFAULT JUDGMENT
                                            )
BLACKSTONE CONTRACTING GROUP, INC.,        )
                                            )
                              Defendant.     )
                                            )

--------------------------------------------------------------------------

RAMON, D.J.:


        Upon the annexed supporting affidavit of Dana L. Henke and upon consideration of

Plaintiffs' request for Entry of Final Judgment by Default and the exhibits annexed thereto, it is hereby

        ORDERED, that the defendant show cause at a conference to be held on the 2nd day of

December , 2013 at 11:00 o'clock a.m. before the Honorable Nelson S. ~~Ramon~~ *Roman* in White

Plains Courtroom ~~621~~ 218 of that day or as soon thereafter as counsel can be heard why a Judgment by

Default should not be entered in favor of Plaintiffs for the relief requested in the Complaint, and it is

further

        ORDERED, that objections to the relief requested herein or answering papers, if any,

shall be served upon Barnes, Iaccarino & Shepherd LLP, Attn: Dana L. Henke, 258 Saw Mill River

Road, Elmsford, NY 10523 by the 25th day of November , 2013; and it is further

        ORDERED, that service of a copy of this Order and supporting papers be made upon

Defendant, Blackstone Contracting Group, Inc., by First Class Mail on or before the 31st day of



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
FILED: 10 28 2013

✓ _October_     , 2013, and such service shall be deemed good and sufficient service.

✓ Dated:  White Plains, New York
       Oct. 28   , 2013

                ✓ So Ordered:

                                  10/28/13
                        Honorable Nelson S. Ramon, U.S.D.J.
                                Román