UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS, <br><br> Plaintiffs, <br><br> -against- <br><br> BLACKSTONE CONTRACTING GROUP, INC., <br><br> Defendant. | Index No.: 13-CIV-6509 (NSR) <br><br> DEFAULT JUDGMENT |

---

This action having been commenced on September 16, 2013 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant Blackstone Contracting Group, Inc. on September 23, 2013 via New York's Secretary of State and said Proof of Service having been filed with the Clerk of the Court on October 7, 2013 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the defendant permit and cooperate with an audit at the defendant's place of business and provide the following documents: NYS-45's, 1120's and Payroll Records for the period April 1, 2010 through to and including March 31, 2012 and directing that judgment be entered thereon for the amount stated in the audit report including interest, liquidated damages, auditors' fees, attorneys' fees and court costs and expenses;

FURTHER ORDERED, that the plaintiff have judgment against defendant in the liquidated amount of Two Thousand Two Hundred and Seventy Dollars ($2,270.00) which includes attorneys' fees in the sum of $1,830.00, plus court costs and disbursements of this action in the sum of $440.00 for bringing this action to enforce an audit.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2013

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
Dec. 3, 2013

So Ordered:

_____ 12/3/13
Honorable Nelson S. ~~Ramon~~ Román, U.S.D.J.